U.S DISTRICT COURT
NORTHERN DISTRICT
OF
ILLINOIS
CHICAGO ILLINOIS

RECEIVED
APR 1 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BURNEY ROBINSON
PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

V.

CITY OF CHICAGO
DEFENDANT
CO. DEFENDANT
COREY FLAGG

07CV2140
JUDGE NORDBERG
MAGISTRATE JUDGE VALDEZ

COMPLAINT

I, BURNEY ROBINSON I'M ISSUING A COMPLAINT BASED ON THE FACT THAT MY RIGHT TO DUE PROCESS WAS VIOLATED AND THE GOOD-FAITH RESPONSIBILITY WAS VIOLATED BY OFFICERS OF THE CHICAGO POLICE DEPARTMENT BY WHICH CASE HAS BEEN ACKNOW- LEDGE BY THE FEDERAL COURT AND THE CHICAGO POLICE AND THE STATES ATTORNEY OF COOK COUNTY THEY HAVE FOUND THAT OFFICER COREY FLAGG LACK THE INTERGRITY TO REPRESENT THE CHICAGO POLICE DEPARTMENT. BEING PROSECUTED ON THE RESPONSES OF THESE FORMER OFFICERS ALLEGATIONS THE ESTABLISH PRELIMNARY INFORMATION COMES TO QUESTIONS AND A DISCRIMINATION TOOK PLACE..

A INDICTMENT WAS PRESENTED AND A INVESTIGATION WAS NOT REASONABLE SUBMIT IN A REASONABLE FASHION AND A DERELICTION IN THE DUTY OF THE OFFICER WAS COMMITED AND FALSE ALIBI WERE PRESENTED AND WERE FALSE AS A RESULT OF THE CFFICER REPORT AND THE LEGALITY OF THE CASE WAS NOT OF GOOD FAITH.

I, THE PLAINTIFF MR. ROBINSON WAS DENIED A PRELIMNARY HEARING ON THE CHARGES TO ESTABLISH THE SUFFICENTS OF THE CHARGE THIS BRINGS QUESTION TO PROBABLE CAUSE AND THE VIOLATION OF MY RIGHT TO DUE PROCESS. THIS IS A ATTACK ON THE PRESENT EVIDENCE AND THE INTERGRITY THEREOF AND THE INTERGRITY OF THE OFFICER THAT SUPPORTED THESE FACTS IN THE COURT OF COOK COUNTY ON BAD- FAITH.

RELIF

I, BURNEY ROBINSON WISH THE CHARGES VACATED AND MONETARY COMPENSATION FOR DAYS HELD IN THE CUSTODY. BASED ON DAILY DETENTION IN THE COUNTY OF COOK AND THE ILLINOIS DEPARTMENT OF CORRECTION.

U.S DISTRICT COURT
NORTHERN DISTRICT
OF ILLINOIS


CLERK OF U.S DISTRICT
COURT

I, BURNEY ROBINSON WISH TO PROCEED FORMA PAUPERIS IN THIS CASE. MY ECONOMIC STATUS MY PRESENTLY A RECIPIENT OF OF PUBLIC ASSISTANCE AND CAN'T AFFORD ANY FINANCIAL BURDEN AT THIS TIME AFTER REVIEWING MY CONSITUTION RIGHTS WISH TO DEFEND THEM IN A COURT OF LAW AND PRESENT MY IN THE INTEREST OF LAW. AND JUSTICE. THE CLERK MAY SEE THAT I HAVE PREVIOUSLY FILED UNDER THESE BASES AND HAS SHOWN TO BE CORRECT. ALSO I DO NOT HAVE THE RESOURCE FOR A ATTORNEY OF LAW AND WISH TO PROCEED PRO-SE IN THIS CASE.


MUST SAY THANK FOR YOUR CONSIDERATION MICHEAL DOBBIN AND ALL CONCERNED.


MR. BURNEY ROBINSON

*Burney Robinson*

THANK YOU